# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEIDIANNE L. BAUTISTA; AND
CONSTANTINE S. NACAR,
Appellants,
vs.
NEVADA ASSOCIATION SERVICES,
INC., A NEVADA CORPORATION; AND
SATICOY BAY LLC SERIES 10449
FORKED RUN, A NEVADA LIMITED
LIABILITY COMPANY,
Respondents.

No. 85204

**FILED**

SEP 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on August 23, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellants to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Adriana Escobar, District Judge
Senior Counsel, LLC
Brandon E. Wood
Roger P. Croteau & Associates, Ltd.
Eighth District Court Clerk

22-28248